```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :
                                          UNSEALING ORDER
        -v.-                     :
                                          S1 20 Cr. 110 (LJL)
LAWRENCE RAY,                    :
    a/k/a "Lawrence Grecco,"
ISABELLA POLLOK,
                                 :
              Defendants.
- - - - - - - - - - - - - - - - - - -x
```

Upon application of the United States of America, by and through Assistant United States Attorney Danielle R. Sassoon, it is hereby ORDERED that Superseding Indictment S1 20 Cr. 110 (LJL), which was filed under seal, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         January 29, 2021

_____
HONORABLE DEBRA FREEMAN
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK