

PETER M. SKINNER
Tel.:  (212) 303-3654
E-mail:  pskinner@bsfllp.com

February 15, 2021

**VIA ECF**

REQUEST GRANTED.

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

2/16/2021    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:     *United States v. Isabella Pollok*, 20 Cr. 110 (LJL)

Dear Judge Liman:

We represent Defendant Isabella Pollok in the above-referenced matter.  At the February 9, 2021 arraignment and initial conference, the Court ordered Ms. Pollok and the government to jointly submit a proposed order by February 16, 2021, with respect to a competency evaluation for Ms. Pollok.  We write to request a one-week extension, until February 23, 2021, to submit the proposed order.  The additional time is needed to permit investigation of potential candidates to perform the evaluation.  The government does not object to the requested extension.

Respectfully,

*S/ Peter M. Skinner*
Peter M. Skinner
Valecia J. Battle

cc:     Lindsey Keenan, AUSA
        Mollie Bracewell, AUSA
        Danielle Sassoon, AUSA