UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :          <u>ORDER</u>

      - v. -                          :          20 CR 110(LJL)

ISABELLA POLLOK,                     :

      Defendant.                       :

- - - - - - - - - - - - - - - - - - - X

      Upon Order of the Court, with the consent of the defendant, ISABELLA POLLOK, by her counsel, Peter M. Skinner, Esq., and the consent of the UNITED STATES, Audrey Strauss, United States Attorney for the Southern District of New York, by Assistant United States Attorney Lindsey Keenan, Esq., it is hereby

      ORDERED, pursuant to Title 18, United States Code, Sections 4241, et seq., that on or before March 26, 2021, a psychological evaluation of the defendant ISABELLA POLLOK be performed by Dr. James L. Knoll, M.D., to assist the Court in determining whether POLLOK presently is suffering from a mental illness which renders her unable to comprehend the nature and consequences of the proceeding against her or reasonably assist in her defense; and it is further

      ORDERED that Dr. Knoll's fees are to be paid for by the Department of Justice pursuant to Title 18, United States Code,

1

Section 4272(b); and it is further

ORDERED pursuant to Title 18, United States Code, Sections 4247(c), that within 45 days of the conclusion of this examination, Dr. Knoll report the results of his examination to the Court with copies provided to defense counsel Peter M. Skinner, Esq., Boies Schiller Flexner, 55 Hudson Yards, 20th Floor, New York, NY 10001, and Assistant United States Attorneys Mollie Bracewell, Lindsey Keenan, and Danielle Sassoon, 1 St. Andrew's Plaza, New York, New York 10007; and it is further

DATED:    February 24 , 2021
          New York, New York


HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2