# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**REQUEST GRANTED** as to both defendants. The Status Conference previously set for April 15 is rescheduled to April 16, 2021 at 9:00AM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. In regards to defendant Isabella Pollok, the Court, with consent of all parties, excludes time until April 16, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

March 25, 2021

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

3/29/2021  SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Lawrence Ray**
      **20 Cr. 110 (LJL)**

Dear Judge Liman:

We write as defense counsel for Lawrence Ray to request an adjournment of the Thursday, April 15, 2021 status conference currently scheduled in the above-captioned matter. Our understanding is that individuals who are incarcerated at the Metropolitan Correctional Center, like Mr. Ray, may only be produced for court appearances on Mondays, Wednesdays, and Fridays. Accordingly, counsel for Mr. Ray respectfully requests the status conference be adjourned to Friday, April 16 at 9am. The Government and counsel for Isabella Pollok do not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*
Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.

*Counsel for Lawrence Ray*

cc:   AUSA Danielle R. Sassoon, Esq.
      AUSA Lindsey Keenan, Esq.
      AUSA Mollie Bracewell, Esq.
      Peter Skinner, Esq., counsel for Isabella Pollok
      Valecia Battle, Esq., counsel for Isabella Pollok