```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                                                     :
         -v-                                                         :      20-cr-110 (LJL)
                                                                     :
ISABELLA POLLOK,                                                     :      ORDER
                                                                     :
                           Defendants.                               :
                                                                     :
---------------------------------------------------------------------:
                                                                     X
```

LEWIS J. LIMAN, United States District Judge:

On February 24, 2021, I entered an order requesting a competency evaluation of the defendant pursuant to 18 U.S.C. § 4241(d). Dkt. No. 144. I did so at the request of defense counsel. I have received the report of Dr. James L. Knoll, IV, MD, who was appointed to conduct the competency evaluation. The report is dated April 6, 2021. Dr. Knoll opines, to a reasonable degree of medical certainty, that Ms. Pollok does not presently suffer from a mental disease or defect that renders her unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense and that Ms. Pollok does have sufficient present ability to assist her lawyer properly in her defense. Since the date of that report, the defendant's counsel has been relieved of the representation and new counsel has been appointed to represent the defendant.

It is hereby ORDERED that by May 17, 2021 at 5:00 p.m., counsel for the defendant and the Government are each to inform the Court whether it requests a hearing pursuant to Section 4241 or any further proceedings with respect to the defendant's competency. In the absence of a timely request for a hearing or for further proceedings, the Court will assume that no party requests further proceedings and will accept Dr. Knoll's report and opinion.

SO ORDERED.

Dated: April 19, 2021
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge