# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2021

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Ray**
         **20 Cr. 110 (LJL)**

Honorable Judge Liman:

> REQUEST GRANTED as to Lawrence Ray and Isabella Pollok. The Status Conference previously set for July 1, 2021 is rescheduled to July 16, 2021 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court excludes time from May 11, 2021 until July 16, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial.
>
> 5/11/2021   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

We write regarding the scheduling of the next telephonic conference in the above-referenced case.

In order to accommodate the scheduling of telephonic court appearances from the MCC and the availability of the parties, we request that the Court schedule the next conference for July 14 at 10:30, July 16 at 10:30, or July 16 at 12:00. We have conferred with counsel for the government and Ms. Pollok and, as of now, all counsel are available at these times.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/*
Peggy Cross-Goldenberg
Supervising Trial Attorney
(212) 417-8732

cc:   All Counsel (via ecf)