# DAVID K. BERTAN
**ATTORNEY AT LAW**
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

August 26, 2021

*Via ECF*

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**REQUEST GRANTED.**

8/26/2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

      **Re:**     USA v. Isabella Pollok
                  20-Cr-110 (LJL)

Dear Judge Liman:

      Jill Shellow and I represent Ms. Pollok in the above matter. We are writing to request an opportunity to submit papers on the issue of whether certain medical records are privileged from disclosure to counsel for co-defendant Lawrence Ray, an issue currently under consideration by this Court. *See e.g.*, Dkt. ## 204, 206, 207. Because of logistical issues, we are unable to make this submission before Monday, August 30, 2021. Accordingly, we respectfully request that Your Honor permit us to file our papers by Monday, August 30, 2021.

      Thank you for your consideration.

                                            Respectfully submitted,

                                            David K. Bertan
                                            Jill R. Shellow

DKB/JRS

cc:     All Counsel (VIA ECF)