```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES                                                     :
                                                                  :
                                                                  :
        -v-                                                       :
                                                                  :         20-cr-110 (LJL)
LAWRENCE RAY & ISABELLA POLLOK,                                   :
                                                                  :         ORDER
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The defense has submitted orders for proposed Rule 17(c) subpoenas for Jane Doe 3 and John Doe 1. The Court previously found that the subpoena for John Doe 1 satisfies the *Nixon* standards and now finds that the subpoena for Jane Doe 3 satisfies the *Nixon* standard. The defense also has copied the Government and counsel for Jane Doe 3 and John Doe 1 on its application for the Rule 17(c) orders. Counsel for Jane Doe 3 and John Doe 1 shall have until Monday, October 4, 2021 to file an application with the Court indicating whether they object to service of the subpoenas on the providers. In the absence of objection and a motion to quash by October 4, 2021, the Court will issue the requested orders directing the return of documents within two weeks to counsel for the respective victims and to the Court but not to the defense or to the Government. Counsel for the victims will then have time to conduct a privilege review.

In addition to being placed on the docket, this Order is being emailed to counsel for Ray and the Government as well as to counsel for the victims who are copied on the defense's email to the Court.

SO ORDERED.

Dated: September 24, 2021
       New York, New York                   _____
                                            LEWIS J. LIMAN
                                            United States District Judge