```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES                                                  :
                                                               :
         -v-                                                   :
                                                               :      20-cr-110 (LJL)
LAWRENCE RAY & ISABELLA POLLOK,                                :
                                                               :      ORDER
                          Defendants.                          :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from counsel for Mr. Ray setting forth an agreed schedule for a defense search warrant motion, notice of intent to offer expert on mental condition or advice of counsel defense, expert disclosures, and Daubert/Rule 702 or other substantive motions related to experts. Dkt. No. 219. It also is in receipt of a motion from counsel for Ms. Pollok for a continuance or a severance. Dkt. No. 220. Ms. Pollok has not offered alternative dates to the dates set forth in the letter from counsel for Mr. Ray. The Court set a deadline of September 27, 2021 for the parties to submit an agreed schedule or competing proposals with respect to expert discovery. Dkt. No. 211. She has forfeited her right to propose to the deadlines set forth in the letter from counsel for Mr. Ray or to object to those deadlines (except if and to the extent that the Court subsequently determines to grant Ms. Pollok's motion for a continuance).

      Accordingly, IT IS HEREBY ORDERED that the deadlines set forth in the letter at Dkt. No. 219 are adopted and shall apply to the Government, Mr. Ray, and Ms. Pollok. The Government shall reply to the motion at Dkt. No. 220 by October 8, 2021. Ms. Pollok may reply by October 15, 2021. The Court will hear argument on the motion in Courtroom 15C on October 19, 2021 at 10:00 a.m.

      SO ORDERED.

Dated: September 28, 2021
      New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge