# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

September 28, 2021

**BY ECF AND EMAIL ONLY**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

> SO ORDERED. The Clerk of Court is respectfully directed to substitute Dkt. No. 223-1 for Dkt. No. 221.
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge
>
> 9/28/2021

RE:   *United States v. Isabella Pollok,* 20-cr-110 (LJL)

Dear Judge Liman:

   I am co-counsel for Isabella Pollok with David K. Bertan, Esq.  Last night we filed a Memorandum of Law in support of our motion for a continuance or in the alternative a severance.  *See* Dkt. 221.  It appears that we inadvertently filed a draft and not the final version of the Memorandum.  Accordingly, I respectfully request that Your Honor accept for filing the attached Memorandum of Law as a substitute for last night's filing.  We apologize for any confusion and inconvenience.

   Thank you for your consideration.

                                                              Respectfully submitted,

                                                              Jill R. Shellow

cc:   David Bertan, Esq. (by email)
      Isabella Pollok (by email)
      All counsel (by ECF)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC