

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2021

**BY EMAIL AND ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:   *United States v. Lawrence Ray and Isabella Pollok*, S1 20 Cr. 110 (LJL)

Dear Judge Liman:

    The Government writes in response to Isabella Pollok's motion for a continuance or, in the alternative, for a severance. The Government objects to adjourning the joint trial for the lengthy period of time requested by Pollok. Based upon the representations by Pollok's counsel about their need for additional time to review the discovery, however, the Government does not object to severing Pollok's trial from Ray's, keeping the trial of Ray scheduled for February 2022, and scheduling Pollok's trial for a later date that permits Pollok's counsel adequate time to prepare.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by:    /s/    
    Mollie Bracewell
    Lindsey Keenan
    Danielle R. Sassoon
    Assistant United States Attorneys
    (212) 637-2218/1565/1115

CC:    defense counsel