# Law Offices of Jill R. Shellow

---

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

October 18, 2021

REQUEST GRANTED.
Bail modifications approved.

10/19/2021   SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

        RE:    *United States v. Isabella Pollok,* 20-cr-110 (LJL)

Dear Judge Liman:

        I am writing to request respectfully two modifications to Isabella Pollok's conditions of pretrial release: (1) Ms. Pollok has a curfew from 9PM until 5AM. Her employer, Amazon, has been offering overtime at double the usual hourly pay, and the curfew limits Ms. Pollok's ability work overtime. We respectfully request that the curfew condition be removed. (2) Ms. Pollok wears a GPS ankle bracelet. Amazon has stated that it intends to return to its pre-Covid policy of prohibiting any electronic devices on the warehouse floor. The bracelet is an electronic device. Ms. Pollok has been fully compliant with the present restrictions on her movement. Accordingly, we respectfully request that the GPS bracelet condition be removed. Pretrial Services and the Government consent to both modifications.

        Thank you for your consideration.

                Respectfully submitted,

                *[signature]*

                Jill R. Shellow

cc:    All counsel (by ECF)
        Pretrial Services Officer Christina Venable (by email)
        Isabella Pollok (by email)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC