# *United States v. Isabella Pollok*, 20-cr-110 (LJL)
## Amended Schedule

| | |
|---|---:|
| Pollok pretrial motions | Fri, 11/19/21 |
| Thanksgiving, court closed | Th, 11/25-26/21 |
| Govt response to Pollok pretrial motions | Th, 12/23/21 |
| Christmas, court closed | Fri, 12/24/21 |
| New Year's Eve, court closed | Fri, 12/31/21 |
| Pollok reply re pretrial motions | Mon, 1/3/22 |
| MLK Birthday, court closed | Mon, 1/17/22 |
| President's Day, court closed | Mon, 2/21/22 |
| Pollok notice intent to (1) call expert on mental condition And (2) rely on advice of counsel defense AND Govt Expert disclosure | Fri, 4/22/22 |
| Pollok Daubert/Rule 702 or other substantive motions related To experts AND Pollok expert disclosures | Fri, 5/13/22 |
| Govt Response to Pollok Daubert/702 and other substantive Motions related to experts and to Pollok expert disclosures | Fri, 5/27/22 |
| Motions in *Limine*, Requests to Charge, Proposed *voir dire* | Fri, 5/27/22 |
| Memorial Day, court closed | Mon, 5/30/22 |
| Pollok reply re Daubert/702 and other substantive motions Related to experts and to govt opposition to expert disclosures | Fri, 6/3/22 |
| Responses to Motions in *Limine*, Requests to Charge, Proposed *voir dire* | Fri, 6/10/22 |

| | |
|---|---|
| Oral argument/evidentiary hearing re experts | 6/16/22 at 10:00AM in Courtroom 15C at 500 Pearl Street |
| Reply re Motions in Limine | Fri, 6/17/22 |
| Juneteenth observed, court closed | Mon, 6/20/22 |
| Govt: Witness list disclosure | Mon, 6/27/22 |
| Govt: Witness list, Giglio, 3500 disclosure | Fri, 7/1/22 Mon, |
| July 4, court closed | 7/4/22 Mon, |
| Trial | 7/18/22 at 9:30AM |

10/25/2021    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

2