

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2021

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    *United States v. Lawrence Ray*, 20 Cr. 110 (LJL)

Dear Judge Liman:

    The Government writes on behalf of the parties to request an adjournment of the trial date to February 22, 2022. The requested adjournment will enable the Government to produce 3500/*Giglio* material to the defense one month in advance of trial. The Government further requests, without objection from the defense, that time be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7), between now and the trial date in the interests of justice, so that the parties may prepare for trial and the defense may have adequate time to review 3500/*Giglio* material.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Danielle R. Sassoon_____
    Danielle R. Sassoon
    Mollie Bracewell
    Lindsey Keenan
    Assistant United States Attorneys
    (212) 637-1115/2218/(914) 993-1907