```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
                                                                   :            20-cr-110 (LJL)
           -v-                                                     :
                                                                   :            ORDER
ISABELLA POLLOK,                                                   :
                                                                   :
                      Defendant.                                   :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to place the Affidavit of Isabella Pollok, filed at Dkt. No. 252-1, under seal. It is hereby ORDERED that defendant Pollok re-file the Affidavit, either redacting the name appearing in paragraph 25 or replacing it with the pseudonym used in this proceeding, no later than November 29, 2021.

SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2021