# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

November 23, 2021

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Isabella Pollok,* **20-cr-110 (LJL)**

Dear Judge Liman:

In response to Your Hoor's Order, attached is a redacted Affidavit of Isabella Pollok, dated November 19, 2021 in support of her Motion to Suppress.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
David K. Bertan

cc:   AUSA Danielle R Sassoon (by email)
      AUSA Mary Bracewell (by email)
      Isabella Pollok (by email)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted: NY, CT, DC