UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

           -against-                                            :         Dkt. No. 20 CR 110 (LJL)

ISABELLA POLLOK,                                      :

                Defendant.             :
------------------------------------------------------------x

### AFFIDAVIT OF ISABELLA POLLOK

STATE OF NEW YORK           )
                                    ) ss:
COUNTY OF NEW YORK      )

       I am Isabella Pollok, the defendant. Being duly sworn and deposed, I say:

       1.      I make this Affidavit in support of my motion to suppress statements that I made to law enforcement officers on February 11, 2020, the day that Lawrence Ray was arrested.

       2.      I was awakened on February 11, 2020 at about 6AM to the sound of people banging and yelling "FBI." I grabbed a t-shirt and pants, and when I opened my bedroom door I saw a lot of people wearing vests that said "FBI." Their guns were drawn, and they shined flashlights in my face.

       3.      From the moment that the FBI arrived until they left approximately six hours later, the FBI agents and other law enforcement officers made clear to me that I was being detained. I was not free to leave.

4. The agents directed me to put my hands on my head, or otherwise show my hands, and then they walked me into the living room. The agents sat me on the smaller of the two couches in that room. There were other people who had been asleep in the house when the FBI arrived. As they got up and dressed, the law enforcement officers kept us all separated.

5. Almost immediately after being sat on the couch, a short Hispanic woman law enforcement officer told me that she wanted to ask me some questions. She did not ask me if I wanted to answer questions, and I did not volunteer to talk to her or any of the other law enforcement officers.

6. I believe that the name of the Hispanic woman law enforcement officer was "Rosa" and that she was wearing an NYPD windbreaker.

7. An FBI agent, whose name I later learned was Special Agent Kristofer Serra, took notes in a red notebook with a white spiral and a white pen.

8. Both the Hispanic woman law enforcement officer and Special Agent Serra questioned me.

9. Law enforcement officers questioned me for six hours with virtually no break. They did not offer me the opportunity to make morning coffee, nor did they suggest taking a pause in their questioning so that I could have something to eat.

10. Early during the questioning, I asked a couple of times what was going on. Finally, after about 20-30 minutes, I was told that Lawrence Ray was being arrested and

2

that agents were searching the house for evidence.

11. During the time that I was being questioned in the living room, I asked to be permitted to go to the bathroom. I was escorted to the bathroom in the main hallway by a woman law enforcement officer who waited outside the closed bathroom door. The only time I was alone was when I was using the bathroom. There were law enforcement officers always watching me and preventing me from leaving their presence.

12. At some point Special Agent Serra asked me for my ID. I told him that my ID was in my bag. Special Agent Serra did not permit me to get my ID from my bag. Special Agent Serra took my ID out of my bag, took some notes, and then placed my ID on the island in the living room that separates the living room from the foyer.

13. While the Hispanic woman and Special Agent Serra were questioning me, other agents escorted Lawrence Ray into the living room to the other side of the room from where I had been seated. I was preoccupied with answering questions, and I did not notice when Lawrence Ray was taken from the living room. At some point later when I looked around, Lawrence Ray was gone.

14. After 1-2 hours, the law enforcement officer whose name I believe is Rosa, maybe with other law enforcement officers, moved me into one of the bedrooms where the questioning continued. I was never left alone in the bedroom. The law enforcement officers told me that they were part of an NYPD human trafficking task force.

15. After I was escorted into the bedroom, I asked again to be allowed to

3

go to the bathroom. There was no need for someone to escort me to the bathroom this time. The bathroom is connected to the bedroom in which I was being held. I would not have been able to leave the bathroom without being seen by the law enforcement officers in the bedroom.

16. While I was in the bedroom, about half-way through the time that the law enforcement officers were in the house, Special Agent Serra came into the bedroom and asked me about whether anyone had slept outside. When I asked Special Agent Serra, "do you mean camping," he responded that he was close to arresting me because it was clear to him that I was lying. He followed this threat by flinging a grand jury subpoena at me.

17. The first time I asked to speak to a lawyer was after Special Agent Serra flung the grand jury subpoena at me.

18. I did not know what was going to happen to me. I was afraid that before the law enforcement officers left the house, I was also going to be arrested like Mr. Ray had been earlier in the morning.

19. I told the NYPD task force officers that I wanted to leave and call an attorney and call Lawrence Ray's daughter. The officers told me that I should wait because it was raining, and I was only wearing slippers. I responded that I would be fine in slippers because I was just going to go to a neighbor's house next door.

20. After I asked to call an attorney and Mr. Ray's daughter, one or two of the NYPD task force members stood up and blocked the doorway leading from the

4

bedroom where I was being held into the hallway in such a way that made clear to me that they were preventing me from leaving to make these calls. One of the NYPD task force officers told me either that I would have to wait to call the attorney and Lawrence Ray's daughter until after Special Agent Maguire talked to me, or that they would have to check with Special Agent Maguire before they could permit me to leave to make telephone calls. I cannot remember exactly what the NYPD task force officers said. I was not permitted to make the telephone calls.

21. Near the end of the search, the law enforcement officers took me back into the living room where Special Agent Maguire introduced herself and showed me the indictment.

22. I do not know how many FBI agents and NYPD officers woke me up, arrested Mr. Ray, questioned me and searched the house. I know that there were a lot of them, and my impression is that there were more than 20 law enforcement officers in the house at any given time.

23. I could see the guns that the law enforcement officers who questioned me were wearing. I could also see the guns of the law enforcement officers who searched the house.

24. Throughout the time that the law enforcement officers were at the house they were wearing bullet proof vests. I did not see any of them with their vest off.

25. The law enforcement officers did not give me a copy of the search

5

warrant or any other papers. The law enforcement officers gave all papers to 

26. From the moment that the FBI woke me up until the time that the law enforcement officers left the house, I was in fear of what was happening and what was going to happen to me. The questioning, combined with the loud noises that the law enforcement officers made during the search of the house, terrorized me.

27. At no time did the law enforcement officers ever advise me of my "Miranda rights," *i.e.*, that I had a right to not answer their questions and to have and contact a lawyer before answering any of their questions.

INTENTIONALLY BLANK

`

28. At no time after the law enforcement agents arrived at my house did I feel free to leave.

_____
Isabella C. Pollok

Subscribed and sworn to before me
This __19__ day of November, 2021.

_____
Notary Public

NICOLE DELLATACOMA
Notary Public - State of New York
No. 01DE6221654
Qualified in Richmond County
My Commission Expires May 10, 2022

7