

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:  *United States v. Lawrence Ray*, S2 20 Cr. 110 (LJL)

Dear Judge Liman:

The Government writes in response to the defendant's letter motion dated January 10, 2022, requesting that the Court review the victims' privilege and relevance logs and their corresponding medical records to assess the redactions. Having not viewed any of the underlying records, the Government cannot speak to the basis for, or appropriateness of, the redactions. Accordingly, the Government has no objection to the Court's conducting a review to determine the appropriateness of the proposed redactions. To the extent the Court has questions that will assist it in assessing relevance, the Government is prepared to address them by letter or at the upcoming conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/_____
Mollie Bracewell
Lindsey Keenan
Danielle R. Sassoon
Assistant United States Attorneys
(212) 637-2218 / 1565 / 1115