

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    *United States v. Lawrence Ray*, S2 20 Cr. 110 (LJL)

Dear Judge Liman:

    The Government writes with the consent of defense counsel to propose the following modification to the briefing schedule for the defendant's motion to dismiss: the Government opposition to be filed by January 28, 2022 (instead of February 2, 2022), and the defendant's reply to be filed by February 2, 2022 (instead of February 4, 2022). This proposal is made in the hopes that the motion will be resolved before the Government is scheduled to produce 3500 material on February 8, 2022.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s/_____
    Mollie Bracewell
    Lindsey Keenan
    Danielle R. Sassoon
    Assistant United States Attorneys
    (212) 637-2218 / 1565 / 1115