# LAW OFFICES OF JILL R. SHELLOW

---

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

February 8, 2022

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

> The motion is granted in part.
> Bail is modified to permit Ms. Pollok to attend the dinner in New Jersey on Saturday, February 12, so long as she returns to the EDNY or SDNY by the conclusion of the dinner and no later than February 13. The Court will take the request for permission to make the driving vacation to Maine under advisement pending the submission to the Court by counsel for Ms. Pollok of a more detailed itinerary including proposed dates for the travel.
>
> 2/9/2022
> SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

RE:   *United States v. Isabella Pollok*, 20-cr-110 (LJL)

Dear Judge Liman:

    I am writing to request respectfully two modifications to Isabella Pollok's conditions of pretrial release: (1) Ms. Pollok has been invited to a dinner in New Jersey for one of her co-workers on Saturday, February 12. (2) Ms. Pollok would like to plan a driving vacation to Maine to occur sometime in the next six weeks. Ms. Pollok does not want to make reservations that may be non-refundable until she receives permission for the trip. Modifications are necessary because Ms. Pollok's travel is restricted to the SDNY and the EDNY. I have conferred with Pretrial Services and they do not object to either request so long as, with respect to the Maine travel, Ms. Pollok provides her itinerary with the dates of travel and lodging arrangements to Pretrial Services no less than 72 hours before leaving. I have also conferred with the United States Attorney's Office. I am advised that the Office takes no position on either request.

    Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

cc:   All counsel (by ECF)
      John Moscato, Pretrial Services Supervisor (by email)
      Isabella Pollok (by email)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC