# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2022

**BY EMAIL**

Marne Lenox, Esq.
Federal Defenders
52 Duane Street
New York, New York 10007

    Re:    *United States v. Lawrence Ray*,
             S2 20 Cr. 110 (LJL)

Dear Ms. Lenox:

    The Government is providing a hard drive containing materials downloaded from a OneDrive account belonging to Felicia Rosario, through which Ms. Rosario shared audio and video recordings with the Hulu production team. The Government has produced an identical drive that will be delivered to the MDC today.

    Consistent with the folder structure on the drive that is being produced, Ms. Rosario shared two folders with the filmmaker: the first entitled "FelaZach" and the second entitled "XLT." According to Ms. Rosario, Isabella Pollok (who shared access to the XLT folder) contributed a majority of the content in the XLT folder, while Ms. Rosario contributed to that folder in a limited fashion. Our understanding is that Ms. Pollock did not have access to the FelaZach folder.

    With respect to both the FelaZach folder and the XLT folder, the Government understands that the folders include both audio and video content created by Ms. Rosario and provided to the Hulu production, as well as other materials that were gathered and provided to the filmmaker.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: __/s/__ Mollie Bracewell___
    Mollie Bracewell
    Danielle R. Sassoon
    Lindsey Keenan
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-1115