# EXHIBIT A

**Privilege Log**
*U.S. v. Ray,* 20-CR-110 (LJL)

| File Name | Date/Time | Privilege Basis | Legal or Medical Professional | Description |
|---|---|---|---|---|
| 150101_0003 | 7/2020 | Attorney-Client | Madison Gardiner, Akin Gump | Attorneys provide legal advice to client. |
| 200709_0009 | 7/9/2020 | Attorney-Client | Kate Powers, Akin Gump; Madison Gardiner, Akin Gump | Attorneys provide legal advice to client. |
| 200709_0010 | 7/9/2020 | Attorney-Client | Kate Powers, Akin Gump; Madison Gardiner, Akin Gump | Attorneys provide legal advice to client. |
| 200724_0015 | 7/24/2020 | Attorney-Client | Kate Powers, Akin Gump; Madison Gardiner, Akin Gump | Attorneys provide legal advice to client. |
| 201016_0031 | 10/16/2020 | Attorney-Client | Kate Powers; Madison Gardiner | Attorneys provide legal advice to client. |
| 210112_0063 | 1/12/2021 | Attorney-Client | Kate Powers; Madison Gardiner | Attorneys provide legal advice to client. |
| 210603_0073 | 6/3/2021 | Psychotherapist-Patient | Jessamy Klapper, Sanctuary for Families | Therapist provides counseling to patient during private therapy session. |
| 210509_0068 at approximately 7:39 to 9:45. | 5/9/2021 | Psychotherapist-Patient | Jessamy Klapper, Sanctuary for Families | Patient describes private therapy session with therapist in a voice journal. |