

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2022

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Lawrence Ray*, S2 20 Cr. 110 (LJL)

Dear Judge Liman:

    The Government writes in support of offering the attached summary chart (GX 1403), and the underlying exhibits, into evidence. The chart summarizes the file names and titles of articles extracted from devices seized from the defendant's residence. The defense has indicated that it objects to the relevance of this chart and the underlying exhibits. The articles are being offered as proof of the defendant's intent and state of mind, and to rebut the defense argument that the defendant believed he was being harmed by his victims.

    The defense has suggested through opening statement and cross examination that the defendant believed his victims' confessions of wrongdoing, and that the victims' mental health problems preexisted meeting the defendant and were not exacerbated by him. The articles listed in the summary chart support the Government's contention that the defendant deliberately sought to manipulate his victims, exploit their mental health issues, and control their behavior. The probative value of these exhibits is not outweighed by unfair prejudice under Rule 403. The fact that several of the articles include the word "cult" in the title is not unfairly prejudicial—these are not inflammatory descriptors being deployed by the Government, but articles that were of interest to the defendant himself.

    Although the Government does not intend to argue that the defendant operated a "cult," the fact that he saved articles about "Cult Membership: What factors contribute to joining or leaving," "Cults and Mental Health," "Attachment Theory," "Mind Control," and "The Detection of Deception in Forensic Contexts," is probative that the defendant intended to victimize his daughter's roommates and did not have an innocent state of mind or genuinely-held beliefs about their wrongdoing. The summary chart the Government intends to offer through forensic examiner Stephen Flatley (GX 1406), includes metadata indicating the date the defendant saved many of these articles, which falls within the timeframe of the conspiracy. That the defendant saved these articles during the time he was accusing his victims of wrongdoing and encouraging some of his

victims to seek hospitalization underscores the probative value of these exhibits.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

by: /s/ _Danielle R. Sassoon_____
    Mollie Bracewell
    Lindsey Keenan
    Danielle R. Sassoon
    Assistant United States Attorneys
    (212) 637-2218 / 1565 / 1115



## Selection of Articles on Lawrence Ray's Hard Drives

| GX | File Name | Title |
|---|---|---|
| 1701 | 1-s2.0-S0033318216300883-main.pdf | **Catatonic and Psychotic Symptoms owing to the Trauma of Captivity in a Cult Environment** |
| 1702 | 1-s2.0-S0165178116319941-main-pdf | **Cult Membership: What factors contribute to joining or leaving** |
| 1703 | 3-s2.0-B9780123970459000057-main.pdf | **Disorders of a Negative Affect** |
| 1704 | 3-s2.0-B9780123970459001531-main.pdf | **Cults and Mental Health** |
| 1813 | Borderline Personality Engergetics Institute.pdf | **Borderline Personality** |
| 1812 | Attachment.pdf | **Attachment** |
| 1811 | Attachment Theory.pdf | **Attachment Theory** |
| 1810 | Attachment and Borderline Personality Disorder(1)-(1).pdf | **Attachment and Borderline Personality Disorder** |
| 1814 | BorderlinePDSC.pdf | **Borderline Personality Disorder: the NICE Guideline on Treatment and Management** |
| 1815 | BPD PowerPoint.pdf | **Psychotherapy of Borderline Personality Disorder** |
| 1816 | BPD-CMAJ.pdf | **Borderline Personality Disorder** |
| 1817 | Chaotic Logic_ Chapter Eleven – MIND AND REALITY.pdf | **Chapter Eleven: Mind and Reality** |
| 2005 | 348.pdf | **Attachment Theory: A "Secure Base" for Psychotherapy Integration** |
| 2003 | 39.pdf | **Conceptions of the Self in Western and Eastern Psychology** |
| 2004 | 206.pdf | **Memory and Responsibility: Navigating Identity and Shame in the German-Jewish Experience** |

| 2006 | 376.pdf | **Attachment Anxiety and Attentional Control Predict Immediate and Delayed Emotional Stroop Interference** |
|---|---|---|
| 2007 | 2012-08601-001.pdf | **Father Involvement, Paternal Sensitivity, and Father-Child Attachment Security in the First 3 Years** |
| 2008 | A-Few-Can-Catch-A-Liar.pdf | **A Few Can Catch a Liar** |
| 2009 | Amphetamibe Challenge809.pdf | **The Amphetamine Challenge Test in Patients with Borderline Personality Disorder** |
| 2010 | Become-Versed-in-reading-faces.pdf | **Become Versed in Reading Faces** |
| 2011 | Epidemiology-psychoses.pdf | **Classification and Epidemiology of Psychosis** |
| 2012 | Facial-Expression-of-Emotion1.pdf | **Facial Expression of Emotion** |
| 2013 | Food Additives Affect Behavior - Nutrition.pdf | **Food Additives Affect Behavior** |
| 2014 | 'I had to psychologically dislocate a detainee'_Former CIA agent reveals 'torture' methods and secret prison in memoir_Mail Online.pdf | **Journey into the CIA's heart of darkness: Exagent reveals 'torture' of terror suspect in secret prison dubbed 'Hotel California'** |
| 2016 | Industrial-Organizational Psychology.pdf | **Industrial/Organizational Psychology** |
| 2017 | Knightmare.pdf | **Knightmare in Armor: Reflections on Wilhelm Reich's Contributions to Psychoanalysis** |

| 2018 | Lie-Detection-And-Language-Comprehension.pdf | **Lie Detection and Language Comprehension** |
| --- | --- | --- |
| 2021 | Microchip Mind control_Implants and Cybernetics.pdf | **Microchip Mind Control, Implants and Cybernetics** |
| 2022 | Mind Control.pdf | **Mind Control** |
| 2023 | Mind Control-The Ultimate Terror pdf | **Mind Control: The Ultimate Terror** |
| 2025 | Parameters-Us Army War College Quarterly – Spring 1998.pdf | **The Mind has no Firewall** |
| 2026 | PsycCritiques – Where Have All the Skinnerians Gone.pdf | **Where have all the Skinnerians Gone?** |
| 2027 | The Character of Socrates.pdf | **The Charter of Socrates** |
| 2028 | The Detection of Deception in Forensic Contexts - Pär Anders Granhag, Leif A. Strömwall | **The Detection of Deception in Forensic Contexts** |
| 2029 | The Self.pdf | **Culture and the Self: Implications for Cognition, Emotion, and Motivation** |

GOVERNMENT
EXHIBIT
1406
20 Cr. 110 (LJL)

# Extracted Devices Seized on February 11, 2020 from 40 Holly Lane, Piscataway, NJ

| GX 1700: HD Omen Desktop PC |||
|---|---|---|
| **Location: Room I** <br> **FBI Cart Number:** NYC027944 <br> **FBI 1B Number:** 1B36 |||
| **Exhibit** | **File Name** | **Date** |
| 1700A | Device Extraction | |
| 1701 | 1-s2.0-S0033318216300883-main.pdf | |
| 1702 | 1-s2.0-S0165178116319941-main.pdf | |
| 1703 | 3-s2.0-B9780123970459000057-main.pdf | |
| 1704 | 3-s2.0-B9780123970459001531-main.pdf | |
| 1705 | CD SP Part 1 12Oct2018.wav | |
| 1706 | FR Columbia P&S 01April2008.jpg | |
| 1707 | FR Columbia P&S Graduation 18May2011.jpg | |
| 1708 | image.jpeg | |
| 1709 | New recording 40.m4a | 10/16/2018, 12:59 a.m. |
| 1710 | Still from SJR video of CDD injury by DiTommaso at Hudson Hotel 18Sept2015.PNG | |
| 1711 | WS700140 (sept 2012).WMA | 9/30/2012 |
| 1712 | WS700170.WMA | 3/24/2014 |
| 1713 | WS700138.WMA | 9/26/2012 |

| GX 1800: Hard Drive Serial #: WCC4N6HZR2E3 <br> Location: Room H <br> FBI Cart Number: NYC027994 <br> FBI 1B Number: 1B38 |||
|---|---|---|
| **GX** | **File Name** | **Date** |
| 1800A | Device Extraction | |
| 1801 | _MG_1113.JPG | 8/23/2011 |
| 1802 | _MG_1124.JPG | 8/23/2011 |
| 1803 | _MG_1128.JPG | 9/6/2011 |
| 1804 | _MG_1146.JPG | 9/12/2011 |
| 1805 | _MG_1208.JPG | 9/12/2011 |
| 1806 | _MG_1288.JPG | 10/23/2011 |
| 1807 | _MG_1348.JPG | 10/23/2011 |
| 1808 | _MG_1350.JPG | 10/23/2011 |
| 1809 | _MG_1500.JPG | 10/23/2011 |
| 1810 | Attachment and Borderline Personality Disorder(1)-1.pdf | 11/5/2012 |
| 1811 | Attachment Theory.pdf | 1/7/2013 |
| 1812 | Attachment.pdf | 1/7/2013 |
| 1813 | Borderline Personality Engergetics Institute.pdf | 3/31/2014 |
| 1814 | BorderlinePDSC.pdf | 7/9/2013 |
| 1815 | BPD PowerPoint.pdf | 10/29/2013 |
| 1816 | BPD-CMAJ.pdf | 10/29/2013 |
| 1817 | Chaotic Logic_ Chapter Eleven - MIND AND REALITY.pdf | 3/31/2014 |
| 1818 | CIMG0002.jpg | 11/25/2010 |
| 1819 | CIMG0044.jpg | 11/25/2010 |
| 1820 | CIMG0782.JPG | 8/11/2008 |
| 1821 | CIMG0790.JPG | 8/12/2008 |
| 1822 | CIMG0794.JPG | 8/12/2008 |
| 1823 | CIMG0979.JPG | 6/10/2019 |
| 1824 | CIMG0993.JPG | 6/10/2019 |
| 1825 | CIMG0997.JPG | 6/10/2019 |
| 1826 | CIMG1022.JPG | 6/10/2019 |
| 1827 | CIMG1028.JPG | 6/10/2019 |
| 1828 | Daniel Levin November 2012 Expense Log.pdf | 4/30/2014 |
| 1829 | Daniel Levin September 2012 Expense Log.pdf | 7/18/2014 |
| 1830 | IMG_0106.MOV | 12/22/2012 |
| 1831 | IMG_0133.MOV | 1/4/2013, 1:59 a.m. |
| 1832 | IMG_0290.jpg | 8/7/2011 |
| 1833 | IMG_0292.jpg | 8/7/2011 |
| 1834 | IMG_0345.JPG | 5/16/2013 |

| | | |
|---|---|---|
| 1835 | IMG_0358.JPG | 5/17/2013 |
| 1836 | IMG_0359.JPG | 5/17/2013 |
| 1837 | IMG_0362.JPG | 5/17/2013 |
| 1838 | IMG_0368.JPG | 5/17/2013 |
| 1839 | IMG_0371.JPG | 5/17/2013 |
| 1840 | IMG_0385[5657449].JPG | 5/9/2013 |
| 1841 | IMG_0415.JPG | 5/22/2013 |
| 1842 | IMG_0417.JPG | 5/22/2013 |
| 1843 | IMG_0418.JPG | 5/22/2013 |
| 1844 | IMG_0420.JPG | 5/22/2013 |
| 1845 | IMG_0447.JPG | 5/27/2013 |
| 1846 | IMG_0448.JPG | 5/27/2013 |
| 1847 | IMG_0453.JPG | 5/27/2013 |
| 1848 | IMG_0455.JPG | 5/27/2013 |
| 1849 | IMG_0456.JPG | 5/27/2013 |
| 1850 | IMG_0460.JPG | 5/27/2013 |
| 1851 | IMG_0500.JPG | 11/23/2013 |
| 1852 | IMG_0502.JPG | 11/23/2013 |
| 1853 | IMG_0507.JPG | 11/23/2013 |
| 1854 | IMG_0508.JPG | 11/23/2013 |
| 1855 | IMG_0724.JPG | 3/5/2014 |
| 1856 | IMG_1003.JPG | 8/20/2013 |
| 1857 | IMG_1018.JPG | 8/22/2013 |
| 1858 | IMG_1020.JPG | 8/22/2013 |
| 1859 | IMG_1023.JPG | 8/22/2013 |
| 1860 | IMG_1027.JPG | 8/23/2013 |
| 1861 | IMG_1031.JPG | 8/27/2013 |
| 1862 | IMG_1032.JPG | 8/27/2013 |
| 1863 | IMG_1035.JPG | 8/27/2013 |
| 1864 | IMG_1044.JPG | 8/29/2013 |
| 1865 | IMG_1045.JPG | 8/29/2013 |
| 1866 | IMG_1046.JPG | 8/29/2013 |
| 1867 | IMG_1054.JPG | 9/1/2013 |
| 1868 | IMG_1056.JPG | 9/1/2013 |
| 1869 | IMG_1066.JPG | 9/1/2013 |
| 1870 | IMG_1087.JPG | 9/1/2013 |
| 1871 | IMG_1088.JPG | 9/1/2013 |
| 1872 | IMG_1107.JPG | 9/8/2013 |
| 1873 | IMG_1110.JPG | 9/8/2013 |
| 1874 | IMG_1117.JPG | 9/10/2013 |
| 1875 | IMG_1119.JPG | 9/10/2013 |

| | | |
|---|---|---:|
| 1876 | IMG_1128.JPG | 9/12/2013 |
| 1877 | IMG_1392.MOV | 6/22/2013, 3:27 a.m. |
| 1878 | IMG_1402.MOV | 6/27/2013, 11:17 p.m. |
| 1879 | IMG_1403.MOV | 6/27/2013, 11:21 p.m. |
| 1880 | IMG_1405.MOV | 6/28/2013, 12:09 a.m. |
| 1881 | IMG_0131.MOV | 1/3/2013, 10:42 p.m. |
| 1882 | IMG_1301.MOV | 11/1/2013 |
| 1883 | IMG_1420.MOV | 10/12/2013 |
| 1884 | IMG_1473.MOV | 10/16/2013 |
| 1885 | IMG_1496.MOV | 10/17/2013 |
| 1886 | IMG_1536.MOV | 2/17/2014 |

| GX 1900: Black iPhone<br>Location: Room L on the nightstand<br>FBI Cart Number: NYC027938<br>FBI 1B Number: 1B47 |||
|---|---|---|
| GX | File Name | Date |
| 1900A | Device Extraction | |
| 1901 | 20151223 164128.m4a | 12/23/2015 |
| 1902 | 20190511-005151.m4a | 5/11/2019 |
| 1904 | 20190515 050455.m4a | 5/15/2019 |
| 1905 | Selected searched items | |
| 1906 | 20190511 225853.m4a | 5/11/2012 |

| GX 2000: Hard Drive, Serial #: Z1005MGT<br>Location: Room L, on the bookshelf<br>FBI Cart Number: NYC028014<br>FBI 1B Number: 1B52-2 | | |
|---|---|---|
| **GX** | **File Name** | **Date** |
| 2000A | Device Extraction | |
| 2001 | 9_24_11 632 AM 9_24_11 259 AM.m4a.mpg | 9/24/2011 |
| 2002 | 9_24_11 721 AM 9_24_11 631 AM.m4a.mpg | 9/24/2011 |
| 2003 | 39.pdf | 4/16/2012 |
| 2004 | 206.pdf | 4/16/2012 |
| 2005 | 348.pdf | 4/16/2012 |
| 2006 | 376.pdf | 4/16/2012 |
| 2007 | 2012-08601-001.pdf | 4/16/2012 |
| 2008 | A-Few-Can-Catch-A-Liar.pdf | 4/24/2012 |
| 2009 | ~Amphetamibe Challenge809.pdf | 12/2/2011 |
| 2010 | Become-Versed-in-reading-faces.pdf | 4/24/2012 |
| 2011 | Epidemiology_psychoses.pdf | 4/29/2012 |
| 2012 | Facial-Expression-Of-Emotion1.pdf | 4/24/2012 |
| 2013 | Food Additives Affect Behavior - Nutrition.pdf | 2/13/2012 |
| 2014 | 'I had to psychologically dislocate a detainee'_ Former CIA agent reveals 'torture' methods and secret prison in memoir _ Mail Online.pdf | 1/27/2012 |
| 2016 | Industrial-Organizational Psychology.pdf | 1/27/2012 |
| 2017 | Knightmare.pdf | 11/18/2011 |
| 2018 | Lie-Detection-And-Language-Comprehension.pdf | 4/24/2012 |
| 2020 | Messages 917-566-9122 with Felicia [Redboxed].pdf | |
| 2021 | Microchip Mind Control_ Implants And Cybernetics.pdf | 2/13/2012 |
| 2022 | Mind Control.pdf | 1/26/2012 |
| 2023 | Mind Control-The Ultimate Terror.pdf | 1/26/2012 |
| 2024 | Movie.mov | 8/6/2011 |
| 2025 | PARAMETERS_ US Army War College Quarterly - Spring 1998.pdf | 2/15/2012 |
| 2026 | PsycCRITIQUES - Where Have All the Skinnerians Gone.pdf | 4/16/2012 |
| 2027 | The Character of Socrates.pdf | 11/10/2011 |
| 2028 | The detection of deception in forensic contexts - Pär Anders Granhag_ Leif A. Strömwall - Google Books.pdf | 1/27/2012 |
| 2029 | The Self.pdf | 1/26/2012 |
| 2030 | WS700016.WMA | 2/9/2012 |

| GX 2100: Hard Drive, Serial #: WUMVA238994 ||||
|---|---|---|
| Location: Room L ||||
| FBI Cart Number: NYC028011 ||||
| FBI 1B Number: 1B59-2 ||||
| GX | File Name | Date |
| 2100A | Device Extraction | |
| 2101 | 00006.mts | 7/2/2012 |
| 2102 | 00007.mts | 7/2/2012 |
| 2103 | 9_17_11 717 PM 9_17_11 658 PM.m4a.mpg | 9/17/2011 |
| 2104 | 000011.mts | 7/2/2012 |
| 2105 | Dr. Felicia Rosario.mov | 11/16/2012 |
| 2106 | HF_2.mov | 9/3/2012 |
| 2107 | IMAG0050.JPG | 10/18/2011 |
| 2108 | IMAG0051.JPG | 10/18/2011 |
| 2109 | IMG_0038.MOV | 1/10/2012 |
| 2110 | IMG_0043.JPG | 4/21/2014 |
| 2111 | IMG_0043.JPG(2) | 2/11/2014 |
| 2112 | IMG_0051.MOV | 1/12/2012 |
| 2113 | IMG_0401.MOV | 7/2/2012 |
| 2114 | IMG_0508.JPG | 8/24/2012 |
| 2115 | IMG_0610.MOV | 5/31/2013 |
| 2116 | IMG_0672.JPG | 11/23/2012 |
| 2117 | IMG_0673.JPG | 11/23/2012 |
| 2118 | IMG_0675.JPG | 11/23/2012 |
| 2119 | IMG_0677.JPG | 6/5/2013 |
| 2120 | IMG_0678.JPG | 6/5/2013 |
| 2121 | IMG_0679.JPG | 6/5/2013 |
| 2122 | IMG_0695.MOV | 12/8/2012 |
| 2123 | IMG_0712.JPG | 1/4/2013 12:36 a.m. |
| 2124 | IMG_0713.JPG | 1/4/2013 |
| 2125 | IMG_0714.JPG | 1/4/2013 |
| 2126 | IMG_0775.JPG | 6/29/2013 |
| 2127 | IMG_0803.MOV | 7/9/2013 |
| 2128 | IMG_0804.MOV | 7/9/2013 |
| 2129 | IMG_0812.MOV | 7/9/2013 |
| 2130 | IMG_0818.MOV | 7/9/2013 |
| 2131 | IMG_0823.MOV | 7/9/2013 |
| 2132 | IMG_0830.MOV | 7/9/2013 |
| 2133 | IMG_1038.MOV | 8/29/2013 |
| 2134 | IMG_1262.MOV | 10/22/2013 |
| 2135 | IMG_1310.MOV | 11/1/2013 |
| 2136 | IMG_1338.MOV | 11/11/2013 |

| | | |
|---|---|---|
| 2137 | IMG_1420.MOV | 12/11/2013 |
| 2138 | IMG_1467.MOV | 1/18/2014 |
| 2139 | IMG_1470.JPG | 1/18/2014 |
| 2140 | IMG_1471.JPG | 1/18/2014 |
| 2141 | IMG_1472.JPG | 1/18/2014 |
| 2142 | IMG_1473.JPG | 1/18/2014 |
| 2143 | IMG_1474.JPG | 1/18/2014 |
| 2144 | IMG_1620.MOV | 11/11/2013 |
| 2145 | Santo's trying to get Felicia's attention 1 copy.mov | 1/20/2014 |
| 2146 | Untitled copy.mov | 12/7/2012 |
| 2147 | 20121108_223541.mp4 | 11/8/2012, 10:42 p.m. |
| 2148 | FELA 20130202_031006.mp4.mpg | 2/2/2013, 3:11 a.m. |
| 2149 | FELA 20130202_031517.mp4 | 2/2/2013, 3:16 a.m. |
| 2150 | FELA Belk Dressing Room VIDEO0031.mp4 | 6/27/2013, 6:28 p.m. |
| 2151 | FELA Guys apt MAQ00013.MP4 | 2/2/2013, 1:38 a.m. |
| 2152 | FELA IZ ▆▆▆ IMG_0422.MOV | 4/29/2013, 1:41 a.m. |
| 2153 | FELA IZ Sucking ▆▆▆ VIDEO0012.mp4.mpg | 4/29/2013, 1:51 a.m. |
| 2154 | FELA MAQ00015.MP4 | 2/2/2013, 1:53 a.m. |
| 2155 | HF_vlc trans.mpg | 9/10/2012, 7:27 p.m. |
| 2156 | IMG_0048.MOV | 11/13/2012, 3:06 a.m. |
| 2157 | IMG_0053.MOV | 11/14/2012, 1:27 a.m. |
| 2158 | IMG_0057.MOV | 11/14/2012, 2:03 a.m. |
| 2159 | IMG_00573.MOV | 12/11/2013, 10:38 p.m. |
| 2160 | IMG_0059.MOV | 11/14/2012, 2:17 a.m. |
| 2161 | IMG_0421.MOV | 4/29/2013, 1:05 a.m. |
| 2162 | IMG_0423.MOV | 4/29/2013, 1:48 a.m. |
| 2163 | IMG_0427.MOV | 4/29/2013, 10:25 p.m. |
| 2164 | IMG_0428.MOV | 4/29/2013, 10:52 p.m. |
| 2165 | IMG_0429.MOV | 4/29/2013, 11:11 p.m. |
| 2166 | IMG_0431.MOV | 4/29/2013, 3:20 a.m. |
| 2167 | IMG_0432.MOV | 4/29/2013, 3:24 a.m. |
| 2168 | IMG_0433.MOV | 4/29/2013, 3:32 a.m. |
| 2169 | IMG_1393.MOV | 6/22/2013, 3:57 a.m. |
| 2170 | IMG_1395.MOV | 6/22/2013, 5:47 a.m. |
| 2171 | IZ_FELA 2 ▆▆ Times square.mp4 | 4/29/2013, 2:29 a.m. |
| 2172 | IZ_FELA bar bathroom IMG_00040.MOV | 2/10/2013, 2:04 p.m. |
| 2173 | MAH00030.MP4 | 5/23/2013, 6:15 p.m. |
| 2174 | MAQ00011.MP4 | 2/2/2013, 1:25 a.m. |
| 2175 | MAQ00014.MP4 | 2/2/2013, 1:41 a.m. |
| 2176 | MAQ00021.MP4 | 2/2/2013, 1:53 a.m. |

| 2177 | VIDEO0001.mp4 | 11/13/2012, 5:17 p.m. |
|------|---------------|------------------------|
| 2178 | VIDEO0005.mp4 | 4/18/2013, 3:57 p.m. |
| 2179 | VIDEO0008.mp4.mpg | 4/18/2013, 4:45 p.m. |
| 2180 | VIDEO0009.mp4.mpg | 4/18/2013, 4:48 p.m. |
| 2181 | VIDEO0010.mp4.mpg | 4/18/201,3 4:49 p.m. |
| 2182 | VIDEO0020.mp4 | 4/29/2013, 3:48 a.m. |

### GX 2190: 2TB G Drive, FA0HXM9D
**Location: Room L**
**FBI Cart Number: NYC028012**
**FBI 1B Number: 1B59-1**

| GX | File Name | Date |
|---|---|---|
| 2190A | Device Extraction | |
| 2191 | Task Assignments.xlsx | 2/27/2014 |
| 2192 | Task list _2.xlsx | 4/19/2014 |

### GX 2200: Felicia Rosario iPhone in Pink Case
**FBI Cart Number: NYC027940**
**FBI 1B Number: 1B70**

| GX | File Name |
|---|---|
| 2200A | Device Extraction |
| 2201 | SMS Messages.pdf |
| 2202 | Notes-Selected.pdf |

### Additional Devices
**Location: Room L**

| GX | 1B Number | Device | User |
|---|---|---|---|
| 1318 | 1B73 | white iPod | Iban Goicoechea |
| 1319 | 1B75 | silver iPod | Yalitza Rosario |
| 1320 | 1B78 | black LG phone | Santos Rosario |
| 1321 | 1B79 | purple LG phone | Yalitza Rosario |
| 1322 | 1B80 | black LG phone | Claudia Drury |
| 1323 | 1B64-1 | Toshiba drive | Daniel Levin |
| 1324 | 1B64-2 | Toshiba drive | Yalitza Rosario |
| 1325 | 1B64-3 | WD Scorpio drive | Santos Rosario |

# Extracted Devices Seized on February 11, 2020 from 140 Ethel Road, Piscataway, NJ

| Additional Devices | | | |
|---|---|---|---|
| **GX** | **1B Number** | **Device** | **User** |
| 1316 | 1B12 | Asus Laptop | Santos Rosario |
| 1317 | 1B17 | Acer Laptop | Cleo Beletsis |

# Extraction of Claudia Drury iPhone

| GX 1100: Claudia Drury White and Pink iPhone S, Model 1688 ||
|---|---|
| **GX** | **File Name** |
| 1100 | 16102126944 texts.pdf |
| 1101 | iPhone Analysis-Call Log-Andromeda.pdf |
| 1102 | iPhone Analysis-Call Log-Marcus Aurelius.pdf |
| 1103 | iPhone Analysis-Chats-Andromeda.pdf |
| 1104 | iPhone Analysis-Chats-Marcus Aurelius.pdf |
| 1105 | iPhone Analysis-Emails-Backpage.pdf |
| 1106 | iPhone Analysis-Notes Selected.pdf |