# EXHIBIT A



GOVERNMENT EXHIBIT 1406
20 Cr. 110 (LJL)

# Extracted Devices Seized on February 11, 2020 from 40 Holly Lane, Piscataway, NJ

| GX 1700: HD Omen Desktop PC | | |
|---|---|---|
| **Location:** Room I<br>**FBI Cart Number:** NYC027944<br>**FBI 1B Number:** 1B36 | | |
| **Exhibit** | **File Name** | **Date Modified** |
| 1701 | 1-s2.0-S0033318216300883-main.pdf | |
| 1702 | 1-s2.0-S0165178116319941-main.pdf | |
| 1703 | 3-s2.0-B9780123970459000057-main.pdf | |
| 1704 | 3-s2.0-B9780123970459001531-main.pdf | |
| 1705 | CD SP Part 1 12Oct2018.wav | |
| 1706 | FR Columbia P&S 01April2008.jpg | |
| 1707 | FR Columbia P&S Graduation 18May2011.jpg | |
| 1708 | image.jpeg | |
| 1709 | New recording 40.m4a | 10/16/2018, 12:59 a.m. |
| 1710 | Still from SJR video of CDD injury by DiTommaso at Hudson Hotel 18Sept2015.PNG | |
| 1711 | WS700140 (sept 2012).WMA | 9/30/2012 |
| 1712 | WS700170.WMA | 3/24/2014 |
| 1713 | WS700138.WMA | 9/26/2012 |

| GX 1800: Hard Drive Serial #: WCC4N6HZR2E3 ||| 
|---|---|---|
| Location: Room H ||| 
| FBI Cart Number: NYC027994 ||| 
| FBI 1B Number: 1B38 ||| 
| **GX** | **File Name** | **Date Created** |
| 1801 | _MG_1113.JPG | 8/23/2011 |
| 1802 | _MG_1124.JPG | 8/23/2011 |
| 1803 | _MG_1128.JPG | 9/6/2011 |
| 1804 | _MG_1146.JPG | 9/12/2011 |
| 1805 | _MG_1208.JPG | 10/22/2011 |
| 1806 | _MG_1288.JPG | 10/23/2011 |
| 1807 | _MG_1348.JPG | 10/23/2011 |
| 1808 | _MG_1350.JPG | 10/23/2011 |
| 1809 | _MG_1500.JPG | 12/5/2011 |
| 1810 | Attachment and Borderline Personality Disorder(1)-1.pdf | 11/5/2012 |
| 1811 | Attachment Theory.pdf | 1/7/2013 |
| 1812 | Attachment.pdf | 1/7/2013 |
| 1813 | Borderline Personality Engergetics Institute.pdf | 3/31/2014 |
| 1814 | BorderlinePDSC.pdf | 7/9/2013 |
| 1815 | BPD PowerPoint.pdf | 10/29/2013 |
| 1816 | BPD-CMAJ.pdf | 10/29/2013 |
| 1817 | Chaotic Logic_ Chapter Eleven - MIND AND REALITY.pdf | 3/31/2014 |
| 1818 | CIMG0002.jpg | 11/25/2010 |
| 1819 | CIMG0044.jpg | 11/25/2010 |
| 1820 | CIMG0782.JPG | 8/11/2008 |
| 1821 | CIMG0790.JPG | 8/12/2008 |
| 1822 | CIMG0794.JPG | 8/12/2008 |
| 1823 | CIMG0979.JPG | 6/10/2009 |
| 1824 | CIMG0993.JPG | 6/10/2009 |
| 1825 | CIMG0997.JPG | 6/10/2009 |
| 1826 | CIMG1022.JPG | 6/10/2009 |
| 1827 | CIMG1028.JPG | 6/10/2009 |
| 1828 | Daniel Levin November 2012 Expense Log.pdf | 4/30/2014 |
| 1829 | Daniel Levin September 2012 Expense Log.pdf | 7/18/2014 |
| 1830 | IMG_0106.MOV | 12/22/2012 |
| 1831 | IMG_0133.MOV | 1/4/2013, 1:59 a.m. |
| 1832 | IMG_0290.jpg | 8/7/2011 |
| 1833 | IMG_0292.jpg | 8/7/2011 |
| 1834 | IMG_0345.JPG | 5/16/2013 |
| 1835 | IMG_0358.JPG | 5/17/2013 |

| | | |
|---|---|---|
| 1836 | IMG_0359.JPG | 5/17/2013 |
| 1837 | IMG_0362.JPG | 5/17/2013 |
| 1838 | IMG_0368.JPG | 5/17/2013 |
| 1839 | IMG_0371.JPG | 5/17/2013 |
| 1840 | IMG_0385[5657449].JPG | 5/19/2013 |
| 1841 | IMG_0415.JPG | 5/22/2013 |
| 1842 | IMG_0417.JPG | 5/22/2013 |
| 1843 | IMG_0418.JPG | 5/22/2013 |
| 1844 | IMG_0420.JPG | 5/22/2013 |
| 1845 | IMG_0447.JPG | 5/27/2013 |
| 1846 | IMG_0448.JPG | 5/27/2013 |
| 1847 | IMG_0453.JPG | 5/27/2013 |
| 1848 | IMG_0455.JPG | 5/27/2013 |
| 1849 | IMG_0456.JPG | 5/27/2013 |
| 1850 | IMG_0460.JPG | 5/27/2013 |
| 1851 | IMG_0500.JPG | 11/23/2013 |
| 1852 | IMG_0502.JPG | 11/23/2013 |
| 1853 | IMG_0507.JPG | 11/23/2013 |
| 1854 | IMG_0508.JPG | 11/23/2013 |
| 1855 | IMG_0724.JPG | 3/5/2014 |
| 1856 | IMG_1003.JPG | 8/20/2013 |
| 1857 | IMG_1018.JPG | 8/22/2013 |
| 1858 | IMG_1020.JPG | 8/22/2013 |
| 1859 | IMG_1023.JPG | 8/22/2013 |
| 1860 | IMG_1027.JPG | 8/23/2013 |
| 1861 | IMG_1031.JPG | 8/27/2013 |
| 1862 | IMG_1032.JPG | 8/27/2013 |
| 1863 | IMG_1035.JPG | 8/27/2013 |
| 1864 | IMG_1044.JPG | 8/29/2013 |
| 1865 | IMG_1045.JPG | 8/29/2013 |
| 1866 | IMG_1046.JPG | 8/29/2013 |
| 1867 | IMG_1054.JPG | 9/1/2013 |
| 1868 | IMG_1056.JPG | 9/1/2013 |
| 1869 | IMG_1066.JPG | 9/1/2013 |
| 1870 | IMG_1087.JPG | 9/1/2013 |
| 1871 | IMG_1088.JPG | 9/1/2013 |
| 1872 | IMG_1107.JPG | 9/8/2013 |
| 1873 | IMG_1110.JPG | 9/8/2013 |
| 1874 | IMG_1117.JPG | 9/10/2013 |
| 1875 | IMG_1119.JPG | 9/10/2013 |
| 1876 | IMG_1128.JPG | 9/12/2013 |

| 1877 | IMG_1392.MOV | 6/22/2013, 3:27 a.m. |
|---|---|---|
| 1878 | IMG_1402.MOV | 6/27/2013, 11:17 p.m. |
| 1879 | IMG_1403.MOV | 6/27/2013, 11:21 p.m. |
| 1880 | IMG_1405.MOV | 6/28/2013, 12:09 a.m. |
| 1881 | IMG_0131.MOV | 1/3/2013, 10:42 p.m. |
| 1882 | IMG_1301.MOV | 11/1/2013 |
| 1883 | IMG_1420.MOV | 10/12/2013 |
| 1884 | IMG_1473.MOV | 10/16/2013 |
| 1885 | IMG_1496.MOV | 10/17/2013 |
| 1886 | IMG_1536.MOV | 2/17/2014 |

| GX 1900: Black iPhone ||
|---|---|
| **Location:** Room L on the nightstand ||
| **FBI Cart Number:** NYC027938 ||
| **FBI 1B Number:** 1B47 ||
| **GX** / **File Name** | **Date Stamp** |
| 1901  20151223 164128.m4a | 12/23/2015 |
| 1902  20190511-005151.m4a | 5/11/2019 |
| 1904  20190515 050455.m4a | 5/15/2019 |
| 1905  Selected searched items | |
| 1906  20190511 225853.m4a | 5/11/2012 |

| GX 2000: Hard Drive, Serial #: Z1005MGT <br> Location: Room L, on the bookshelf <br> FBI Cart Number: NYC028014 <br> FBI 1B Number: 1B52-2 | | |
|---|---|---|
| **GX** | **File Name** | **Date Created** |
| 2001 | 9_24_11 632 AM 9_24_11 259 AM.m4a.mpg | 9/24/2011 |
| 2002 | 9_24_11 721 AM 9_24_11 631 AM.m4a.mpg | 9/24/2011 |
| 2003 | 39.pdf | 4/16/2012 |
| 2004 | 206.pdf | 4/16/2012 |
| 2005 | 348.pdf | 4/16/2012 |
| 2006 | 376.pdf | 4/16/2012 |
| 2007 | 2012-08601-001.pdf | 4/16/2012 |
| 2008 | A-Few-Can-Catch-A-Liar.pdf | 4/24/2012 |
| 2009 | ~Amphetamibe Challenge809.pdf | 12/2/2011 |
| 2010 | Become-Versed-in-reading-faces.pdf | 4/24/2012 |
| 2011 | Epidemiology_psychoses.pdf | 4/29/2012 |
| 2012 | Facial-Expression-Of-Emotion1.pdf | 4/24/2012 |
| 2013 | Food Additives Affect Behavior - Nutrition.pdf | 2/13/2012 |
| 2014 | 'I had to psychologically dislocate a detainee'_ Former CIA agent reveals 'torture' methods and secret prison in memoir   Mail Online.pdf | 1/27/2012 |
| 2016 | Industrial-Organizational Psychology.pdf | 1/27/2012 |
| 2017 | Knightmare.pdf | 11/18/2011 |
| 2018 | Lie-Detection-And-Language-Comprehension.pdf | 4/24/2012 |
| 2020 | Messages 917-566-9122 with Felicia [Redboxed].pdf | |
| 2021 | Microchip Mind Control_ Implants And Cybernetics.pdf | 2/13/2012 |
| 2022 | Mind Control.pdf | 1/26/2012 |
| 2023 | Mind Control-The Ultimate Terror.pdf | 1/26/2012 |
| 2025 | PARAMETERS_ US Army War College Quarterly - Spring 1998.pdf | 2/15/2012 |
| 2026 | PsycCRITIQUES - Where Have All the Skinnerians Gone.pdf | 4/16/2012 |
| 2027 | The Character of Socrates.pdf | 11/10/2011 |
| 2028 | The detection of deception in forensic contexts - Pär Anders Granhag_ Leif A. Strömwall - Google Books.pdf | 1/27/2012 |
| 2029 | The Self.pdf | 1/26/2012 |
| 2030 | WS700016.WMA | 2/9/2012 |

| GX 2100: Hard Drive, Serial #: WUMVA238994 | | |
|---|---|---|
| Location: Room L | | |
| FBI Cart Number: NYC028011 | | |
| FBI 1B Number: 1B59-2 | | |
| GX | File Name | Date Created |
| 2101 | 00006.mts | 7/2/2012 |
| 2102 | 00007.mts | 7/2/2012 |
| 2103 | 9_17_11 717 PM 9_17_11 658 PM.m4a.mpg | 9/17/2011 |
| 2104 | 000011.mts | 7/2/2012 |
| 2105 | Dr. Felicia Rosario.mov | 11/16/2012 |
| 2106 | HF_2.mov | 9/3/2012 |
| 2107 | IMAG0050.JPG | 10/18/2011 |
| 2108 | IMAG0051.JPG | 10/18/2011 |
| 2109 | IMG_0038.MOV | 1/10/2012 |
| 2110 | IMG_0043.JPG | 4/21/2014 |
| 2111 | IMG_0043.JPG(2) | 2/11/2014 |
| 2112 | IMG_0051.MOV | 1/12/2012 |
| 2113 | IMG_0401.MOV | 7/2/2012 |
| 2114 | IMG_0508.JPG | 8/24/2012 |
| 2115 | IMG_0610.MOV | 5/31/2013 |
| 2116 | IMG_0672.JPG | 11/23/2012 |
| 2117 | IMG_0673.JPG | 11/23/2012 |
| 2118 | IMG_0675.JPG | 11/23/2012 |
| 2119 | IMG_0677.JPG | 6/5/2013 |
| 2120 | IMG_0678.JPG | 6/5/2013 |
| 2121 | IMG_0679.JPG | 6/5/2013 |
| 2122 | IMG_0695.MOV | 12/8/2012 |
| 2123 | IMG_0712.JPG | 1/4/2013 12:36 a.m. |
| 2124 | IMG_0713.JPG | 1/4/2013 |
| 2125 | IMG_0714.JPG | 1/4/2013 |
| 2126 | IMG_0775.JPG | 6/29/2013 |
| 2127 | IMG_0803.MOV | 7/9/2013 |
| 2128 | IMG_0804.MOV | 7/9/2013 |
| 2129 | IMG_0812.MOV | 7/9/2013 |
| 2130 | IMG_0818.MOV | 7/9/2013 |
| 2131 | IMG_0823.MOV | 7/9/2013 |
| 2132 | IMG_0830.MOV | 7/9/2013 |
| 2133 | IMG_1038.MOV | 8/29/2013 |
| 2134 | IMG_1262.MOV | 10/22/2013 |
| 2135 | IMG_1310.MOV | 11/1/2013 |
| 2136 | IMG_1338.MOV | 11/11/2013 |
| 2137 | IMG_1420.MOV | 12/11/2013 |

| 2138 | IMG_1467.MOV | 1/18/2014 |
|---|---|---|
| 2139 | IMG_1470.JPG | 1/18/2014 |
| 2140 | IMG_1471.JPG | 1/18/2014 |
| 2141 | IMG_1472.JPG | 1/18/2014 |
| 2142 | IMG_1473.JPG | 1/18/2014 |
| 2143 | IMG_1474.JPG | 1/18/2014 |
| 2144 | IMG_1620.MOV | 11/11/2013 |
| 2145 | Santo's trying to get Felicia's attention 1 copy.mov | 1/20/2014 |
| 2146 | Untitled copy.mov | 12/7/2012 |
| 2147 | 20121108_223541.mp4 | 11/8/2012, 10:42 p.m. |
| 2148 | FELA 20130202_031006.mp4.mpg | 2/2/2013, 3:11 a.m. |
| 2149 | FELA 20130202_031517.mp4 | 2/2/2013, 3:16 a.m. |
| 2150 | FELA Belk Dressing Room VIDEO0031.mp4 | 6/27/2013, 6:28 p.m. |
| 2151 | FELA Guys apt MAQ00013.MP4 | 2/2/2013, 1:38 a.m. |
| 2152 | FELA IZ ▮▮▮▮▮▮ IMG_0422.MOV | 4/29/2013, 1:41 a.m. |
| 2153 | FELA IZ Sucking ▮▮▮▮ VIDEO0012.mp4.mpg | 4/29/2013, 1:51 a.m. |
| 2154 | FELA MAQ00015.MP4 | 2/2/2013, 1:53 a.m. |
| 2155 | HF_vlc trans.mpg | 9/10/2012, 7:27 p.m. |
| 2156 | IMG_0048.MOV | 11/13/2012, 3:06 a.m. |
| 2157 | IMG_0053.MOV | 11/14/2012, 1:27 a.m. |
| 2158 | IMG_0057.MOV | 11/14/2012, 2:03 a.m. |
| 2159 | IMG_00573.MOV | 12/11/2013, 10:38 p.m. |
| 2160 | IMG_0059.MOV | 11/14/2012, 2:17 a.m. |
| 2161 | IMG_0421.MOV | 4/29/2013, 1:05 a.m. |
| 2162 | IMG_0423.MOV | 4/29/2013, 1:48 a.m. |
| 2163 | IMG_0427.MOV | 4/29/2013, 10:25 p.m. |
| 2164 | IMG_0428.MOV | 4/29/2013, 10:52 p.m. |
| 2165 | IMG_0429.MOV | 4/29/2013, 11:11 p.m. |
| 2166 | IMG_0431.MOV | 4/29/2013, 3:20 a.m. |
| 2167 | IMG_0432.MOV | 4/29/2013, 3:24 a.m. |
| 2168 | IMG_0433.MOV | 4/29/2013, 3:32 a.m. |
| 2169 | IMG_1393.MOV | 6/22/2013, 3:57 a.m. |
| 2170 | IMG_1395.MOV | 6/22/2013, 5:47 a.m. |
| 2171 | IZ_FELA 2 ▮▮ Times square.mp4 | 4/29/2013, 2:29 a.m. |
| 2172 | IZ_FELA bar bathroom IMG_00040.MOV | 2/10/2013, 2:04 p.m. |
| 2173 | MAH00030.MP4 | 5/23/2013, 6:15 p.m. |
| 2174 | MAQ00011.MP4 | 2/2/2013, 1:25 a.m. |
| 2175 | MAQ00014.MP4 | 2/2/2013, 1:41 a.m. |
| 2176 | MAQ00021.MP4 | 2/2/2013, 1:53 a.m. |
| 2177 | VIDEO0001.mp4 | 11/13/2012, 5:17 p.m. |

| | | |
|---|---|---|
| 2178 | VIDEO0005.mp4 | 4/18/2013, 3:57 p.m. |
| 2179 | VIDEO0008.mp4.mpg | 4/18/2013, 4:45 p.m. |
| 2180 | VIDEO0009.mp4.mpg | 4/18/2013, 4:48 p.m. |
| 2181 | VIDEO0010.mp4.mpg | 4/18/2013, 4:49 p.m. |
| 2182 | VIDEO0020.mp4 | 4/29/2013, 3:48 a.m. |

### GX 2190: 2TB G Drive, FA0HXM9D
**Location:** Room L
**FBI Cart Number:** NYC028012
**FBI 1B Number:** 1B59-1

| GX | File Name | Date |
|---|---|---|
| 2191 | Task Assignments.xlsx | 2/27/2014 |
| 2192 | Task list _2.xlsx | 4/19/2014 |

### GX 2200: Felicia Rosario iPhone in Pink Case
**FBI Cart Number:** NYC027940
**FBI 1B Number:** 1B70

| GX | File Name |
|---|---|
| 2201 | SMS Messages.pdf |
| 2202 | Notes-Selected.pdf |

### Additional Devices
**Location:** Room L

| GX | 1B Number | Device | User |
|---|---|---|---|
| 1318 | 1B73 | white iPod | Iban Goicoechea |
| 1319 | 1B75 | silver iPod | Yalitza Rosario |
| 1320 | 1B78 | black LG phone | Santos Rosario |
| 1321 | 1B79 | purple LG phone | Yalitza Rosario |
| 1322 | 1B80 | black LG phone | Claudia Drury |
| 1323 | 1B64-1 | Toshiba drive | Daniel Levin |
| 1324 | 1B64-2 | Toshiba drive | Yalitza Rosario |
| 1325 | 1B64-3 | WD Scorpio drive | Santos Rosario |

# Extracted Devices Seized on February 11, 2020 from 140 Ethel Road, Piscataway, NJ

| Additional Devices | | | |
|---|---|---|---|
| GX | 1B Number | Device | User |
| 1316 | 1B12 | Asus Laptop | Santos Rosario |
| 1317 | 1B17 | Acer Laptop | Cleo Beletsis |

## Extraction of Claudia Drury iPhone

| GX 1100: Claudia Drury White and Pink iPhone S, Model 1688 ||
|---|---|
| GX | File Name |
| 1100 | 16102126944 texts.pdf |
| 1101 | iPhone Analysis-Call Log-Andromeda.pdf |
| 1102 | iPhone Analysis-Call Log-Marcus Aurelius.pdf |
| 1103 | iPhone Analysis-Chats-Andromeda.pdf |
| 1104 | iPhone Analysis-Chats-Marcus Aurelius.pdf |
| 1105 | iPhone Analysis-Emails-Backpage.pdf |
| 1106 | iPhone Analysis-Notes Selected.pdf |