# EXHIBIT B

| Exhibit | Objections |
|---|---|
| 1701 | Relevance; Foundation; 403 |
| 1702 | Relevance; Foundation; 403 |
| 1703 | Relevance; Foundation; 403 |
| 1704 | Relevance; Foundation; 403 |
| 1706 | Relevance; Cumulative |
| 1707 | Relevance; Cumulative |
| 1708 | Relevance; Cumulative |
| 1712 | Foundation; Relevance |
| 1801 | Relevance; Foundation; Cumulative |
| 1803 | Relevance; Foundation; Cumulative |
| 1805 | Relevance; Foundation; Cumulative |
| 1806 | Relevance; Foundation; Cumulative |
| 1809 | Relevance; Foundation; Cumulative |
| 1810 | Relevance; 403; Hearsay |
| 1811 | Relevance; 403; Hearsay |
| 1812 | Relevance; 403; Hearsay |
| 1813 | Relevance; 403; Hearsay |
| 1814 | Relevance; 403; Hearsay |
| 1815 | Relevance; 403; Hearsay |
| 1816 | Relevance; 403; Hearsay |
| 1817 | Relevance; 403; Hearsay |
| 1820 | Relevance; Foundation; Cumulative |
| 1821 | Relevance; Foundation; Cumulative |
| 1822 | Relevance; Foundation; Cumulative |
| 1823 | Relevance; Foundation; Cumulative |
| 1825 | Relevance; Foundation; Cumulative |
| 1826 | Relevance; Foundation; Cumulative |
| 1827 | Relevance; Foundation; Cumulative |
| 1828 | Hearsay |
| 1829 | Hearsay |
| 1830 | Relevance; Foundation |
| 1831 | Relevance; Foundation |
| 1833 | Relevance; Cumulative |
| 1835 | Relevance; Foundation; Cumulative |
| 1836 | Relevance; Foundation; Cumulative |
| 1837 | Relevance; Foundation; Cumulative |
| 1838 | Relevance; Foundation; Cumulative |
| 1839 | Relevance; Foundation; Cumulative |
| 1841 | Relevance; Foundation; Cumulative |
| 1843 | Relevance; Foundation; Cumulative |
| 1846 | Relevance; Foundation; Cumulative |
| 1847 | Relevance; Foundation; Cumulative |
| 1848 | Relevance; Foundation; Cumulative |
| 1849 | Relevance; Foundation; Cumulative |

| | |
|---|---|
| 1850 | Relevance; Foundation; Cumulative |
| 1851 | Relevance; Foundation; Cumulative |
| 1852 | Relevance; Foundation; Cumulative |
| 1853 | Relevance; Foundation; Cumulative |
| 1854 | Relevance; Foundation; Cumulative |
| 1855 | Relevance; Foundation; Cumulative |
| 1857 | Relevance; Foundation; Cumulative |
| 1858 | Relevance; Foundation; Cumulative |
| 1859 | Relevance; Foundation; Cumulative |
| 1860 | Relevance; Foundation; Cumulative |
| 1861 | Relevance; Foundation; Cumulative |
| 1863 | Relevance; Foundation; Cumulative |
| 1865 | Relevance; Foundation; Cumulative |
| 1867 | Relevance; Foundation; Cumulative |
| 1868 | Relevance; Foundation; Cumulative |
| 1870 | Relevance; Foundation; Cumulative |
| 1871 | Relevance; Foundation; Cumulative |
| 1872 | Relevance; Foundation; Cumulative |
| 1873 | Relevance; Foundation; Cumulative |
| 1874 | Relevance; Foundation; Cumulative |
| 1875 | Relevance; Foundation; Cumulative |
| 1876 | Relevance; Foundation; Cumulative |
| 1877 | Foundation |
| 1878 | Foundation |
| 1879 | Foundation |
| 1880 | Foundation |
| 1881 | Foundation |
| 1882 | Foundation |
| 1883 | Foundation |
| 1901 | Foundation; Cumulative |
| 1904 | Foundation |
| 1905 | Hearsay; Relevance |
| 2001 | Foundation |
| 2002 | Foundation |
| 2003 | Relevance; 403; Hearsay |
| 2004 | Relevance; 403; Hearsay |
| 2005 | Relevance; 403; Hearsay |
| 2006 | Relevance; 403; Hearsay |
| 2007 | Relevance; 403; Hearsay |
| 2008 | Relevance; 403; Hearsay |
| 2009 | Relevance; 403; Hearsay |
| 2010 | Relevance; 403; Hearsay |
| 2011 | Relevance; 403; Hearsay |
| 2012 | Relevance; 403; Hearsay |
| 2013 | Relevance; 403; Hearsay |

| | |
|---|---|
| 2014 | Relevance; 403; Hearsay |
| 2016 | Relevance; 403; Hearsay |
| 2017 | Relevance; 403; Hearsay |
| 2018 | Relevance; 403; Hearsay |
| 2020 | Improper redactions |
| 2021 | Relevance; 403; Hearsay |
| 2022 | Relevance; 403; Hearsay |
| 2023 | Relevance; 403; Hearsay |
| 2024 | Foundation |
| 2025 | Relevance; 403; Hearsay |
| 2026 | Relevance; 403; Hearsay |
| 2027 | Relevance; 403; Hearsay |
| 2028 | Relevance; 403; Hearsay |
| 2029 | Relevance; 403; Hearsay |
| 2101 | Relevance; Foundation |
| 2102 | Relevance; Foundation |
| 2103 | Relevance; Foundation |
| 2104 | Relevance; Foundation |
| 2105 | Relevance; Foundation |
| 2106 | Relevance; Foundation |
| 2109 | Relevance; Foundation |
| 2110 | Relevance; Foundation |
| 2114 | Relevance; Foundation; 403 |
| 2120 | Relevance; Foundation; Cumulative |
| 2121 | Relevance; Foundation; Cumulative |
| 2122 | Foundation |
| 2123 | Foundation |
| 2124 | Foundation; Cumulative |
| 2125 | Foundation; Cumulative |
| 2126 | Relevance; Foundation; Cumulative |
| 2128 | Relevance; Foundation; Cumulative |
| 2129 | Relevance; Foundation; Cumulative |
| 2130 | Relevance; Foundation; Cumulative |
| 2131 | Relevance; Foundation; Cumulative |
| 2132 | Relevance; Foundation; Cumulative |
| 2133 | Foundation |
| 2134 | Foundation |
| 2135 | Foundation |
| 2136 | Foundation |
| 2137 | Foundation |
| 2141 | Cumulative |
| 2142 | Cumulative |
| 2143 | Cumulative |
| 2145 | Cumulative |
| 2146 | Foundation |

3

| | |
|---|---|
| 2147 | Foundation |
| 2148 | Foundation |
| 2149 | Foundation |
| 2150 | Foundation |
| 2151 | Foundation |
| 2152 | Foundation |
| 2153 | Foundation |
| 2154 | Foundation |
| 2155 | Foundation |
| 2156 | Foundation |
| 2157 | Foundation |
| 2158 | Foundation |
| 2159 | Foundation |
| 2160 | Foundation |
| 2161 | Foundation |
| 2162 | Foundation |
| 2163 | Foundation |
| 2164 | Foundation |
| 2165 | Foundation |
| 2166 | Foundation |
| 2167 | Foundation |
| 2168 | Foundation |
| 2169 | Foundation |
| 2170 | Foundation |
| 2171 | Foundation |
| 2172 | Foundation |
| 2173 | Foundation |
| 2174 | Foundation |
| 2175 | Foundation |
| 2176 | Foundation |
| 2177 | Foundation |
| 2178 | Foundation |
| 2179 | Foundation |
| 2180 | Foundation |
| 2181 | Foundation |
| 2182 | Foundation |
| 2191 | Foundation; Hearsay |
| 2192 | Foundation; Hearsay |
| 2201 | Foundation; Hearsay |
| 2202 | Foundation; Hearsay |
| 1318 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1319 | Objection to identification of "User" by Flatley/on GX 1406 |

4

| | |
|---|---|
| 1320 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1321 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1322 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1323 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1324 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1325 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1316 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1317 | Objection to identification of "User" by Flatley/on GX 1406 |
| 1100 | Hearsay |
| 1101 | Hearsay |
| 1102 | Hearsay |
| 1103 | Hearsay |
| 1104 | Hearsay |
| 1105 | Hearsay |
| 1106 | Hearsay |