UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
-v-                                      :     20-CR-110-2 (LJL)
:
ISABELLA POLLOK,                         :     ORDER
:
Defendant.                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The motion at Dkt. No. 252 to suppress Ms. Pollok's statements is denied as moot in light of the Government's representation that it will not seek to introduce the evidence in its case-in-chief at trial.

    SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge