## *United States v. Isabella Pollok*, 20-cr-110 (LJL)
## Amended Schedule

| | |
|---|---|
| Pollok notice intent to (1) call expert on mental condition And (2) rely on advice of counsel defense AND Govt Expert disclosure | Fri, 6/17/22 |
| Juneteenth observed, court closed | Mon, 6/20/22 |
| July 4, court closed | Mon, 7/4/22 |
| Pollok Daubert/Rule 702 or other substantive motions related To experts AND Pollok expert disclosures | Fri, 7/8/22 |
| Govt Response to Pollok Daubert/702 and other substantive Motions related to experts and to Pollok expert disclosures | Fri, 7/22/22 |
| Motions in *Limine*, Requests to Charge, Proposed *voir dire* | Fri, 7/22/22 |
| Pollok reply re Daubert/702 and other substantive motions Related to experts and to govt opposition to expert disclosures | Fri, 7/29/22 |
| Responses to Motions in *Limine*, Requests to Charge, Proposed *voir dire* | Fri, 8/5/22 |
| Oral argument/evidentiary hearing re experts | 8/11/22 at 10:00AM in Courtroom 15C at 500 Pearl Street |
| Reply re Motions in Limine | Fri, 8/12/22 |
| Govt: Witness list disclosure | Mon, 8/22/22 |
| Govt: Witness list, Giglio, 3500 disclosure | Fri, 8/26/22 |
| *Trial* | Mon, 9/12/22 at 9:00AM in Courtroom 15C |

5/13/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge