# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

July 26, 2022

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

    **RE:**  *United States v. Isabella Pollok,* **20-cr-110 (LJL)**

Dear Judge Liman:

    The parties jointly submit the proposed schedule for motions, disclosures and other pretrial matters that is attached.

    Thank you for your consideration.

                              Respectfully submitted,

                              Jill R. Shellow
                              David K. Bertan
                              *Counsel for Isabella Pollok*

cc:    All counsel (by ECF)
        Isabella Pollok (by email)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted: NY, CT, DC