## *United States v. Isabella Pollok, 20-cr-110 (LJL)*
**Second Amended Schedule**

| | |
|---|---|
| Pollok notice intent to (1) call expert on mental condition and (2) rely on advice of counsel defense AND Govt expert disclosure | Done |
| Pollok Daubert/Rule 702 or other substantive motions related to experts and Pollok expert disclosures | Fri, 8/19/22 |
| Govt Response to Pollok Daubert/702 and other substantive motions related to experts and to Pollok expert disclosures | Fri, 9/2/22 |
| Motions *in Limine*, Requests to Charge, Proposed *Voir Dire* | Fri, 9/2/22 |
| Pollok reply re Daubert/702 and other substantive motions related to experts and to govt opposition to expert disclosures | Fri, 9/9/22 |
| Responses to Motions *in Limine*, Requests to Charge and Proposed *Voir Dire* | Fri, 9/16/22 |
| Oral Argument/evidentiary hearing re experts | Thurs, 9/22/22 at 10:00AM in Courtroom 15C |
| Reply re Motions *in Limine* | Fri, 9/23/22 |
| Rosh Hashanah | Mon, 9/26/22 |
| Govt exhibit list disclosure | Mon, 10/3/22 |
| Yom Kippur | Weds, 10/5/22 |
| Govt witness list, Giglio, 3500 disclosure | Fri, 10/7/22 |
| *Trial* | Mon, 10/31/22 at 9:00 AM In Courtroom 15C |

7/26/2022    SO ORDERED.

LEWIS J. LIMAN
United States District Judge