# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

January 20, 2023

**BY EMAIL AND ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

    RE:   *United States v. Isabella Pollok,* **20-cr-110 (LJL)**

Dear Judge Liman:

    We represent Isabella Pollok who is scheduled to be sentenced by Your Honor on February 22, 2023. Our sentencing memorandum is due on Monday, January 23, 2023, and the Government's sentencing memo is due on January 30. We respectfully request an additional week to finalize our submission. Unfortunately, we have not yet received all of the materials that we intend to include for Your Honor's consideration. We have conferred with the Government, and the Government does not object to this request so long as its deadline is similarly extended. Accordingly, we respectfully request that Your Honor permit us to file our sentencing memo on January 30 and permit the Government to file its memorandum on February 6, 2023.

    Thank you for your consideration.

                                            Respectfully submitted,

                                            Jill R. Shellow
                                            David K. Bertan

Copies by email to:
AUSAs Sassoon and Bracewell

Admitted: NY, CT, DC