# DAVID K. BERTAN
**ATTORNEY AT LAW**
**41 EAST 11TH STREET, 11TH FLOOR**
**NEW YORK, NEW YORK 10003**

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

February 14, 2023

*Via ECF*

Hon. Lewis J. Liman, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

          Re:    USA v. Isabella Pollok
                  20-Cr-110 (LJL)

Dear Judge Liman:

      We represent Ms. Pollok in the above matter. After consultation with counsel for Ms. Claudia Drury, we withdraw our request to have her letter filed under seal. The letter will be docketed shortly. Thank you for your consideration in this matter.

                                            Very truly yours,

                                            David K. Bertan
                                            Jill R. Shellow

DKB
cc:    AUSA Mollie Bracewell (Via ECF)
        AUSA Danielle Sassoon (Via ECF)
        AUSA Lindsey Keenan (Via ECF)