# LAW OFFICES OF JILL R. SHELLOW

---

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

February 14, 2023

**BY EMAIL AND ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

      RE:   *United States v. Isabella Pollok,* **20-cr-110 (LJL)**

Dear Judge Liman:

      Please find attached a letter that was sent by counsel for Claudia Drury to us and to the Government. Her lawyers included a statement by Ms. Drury and indicated that she requests that Your Honor allow her statement to be read aloud at sentencing. We respectfully request that Your Honor consider Ms. Drury's thoughts about Isabella in making your sentencing decision.

      We have conferred with the Government, and we further request that Your Honor permit us to file Ms. Drury's statement under seal now with sealing to be vacated on the date of sentencing in order to avoid Ms. Drury having to suffer harassment for her statement. The Government consents to this request.

      Thank you for your consideration.

                            Respectfully submitted,

                            Jill R. Shellow
                            David K. Bertan

<u>Copies by email to</u>:
AUSA Danielle Sassoon
AUSA Mollie Bracewell
AUSA Lindsey Keenan

Admitted:  NY, CT, DC