

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    *United States v. Isabella Pollok*, 20 Cr. 110 (LJL)

Dear Judge Liman:

    The Government's February 6, 2023,سentencing submission in the above-referenced case anticipated submitting a proposed order of forfeiture for the Court's consideration by today's date. The parties have engaged in productive discussions regarding a proposed forfeiture money judgment and anticipate reaching an agreement. In view of the ongoing discussions, the Government respectfully requests an additional two days to provide the Court with a proposed order of forfeiture.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        By:   /s/_____
                Mollie Bracewell
                Lindsey Keenan
                Danielle R. Sassoon
                Assistant United States Attorneys
                (212) 637-2218 / 1565 / 1115