

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2023

**BY ECF**

REQUEST GRANTED.

2/16/2023  SO ORDERED.

[signature]
LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   *United States v. Isabella Pollok*, 20 Cr. 110 (LJL)

Dear Judge Liman:

The Government's February 6, 2023, sentencing submission in the above-referenced case anticipated submitting a proposed order of forfeiture for the Court's consideration by today's date. The parties have engaged in productive discussions regarding a proposed forfeiture money judgment and anticipate reaching an agreement. In view of the ongoing discussions, the Government respectfully requests an additional two days to provide the Court with a proposed order of forfeiture.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/_____
Mollie Bracewell
Lindsey Keenan
Danielle R. Sassoon
Assistant United States Attorneys
(212) 637-2218 / 1565 / 1115