# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue, White Plains, NY 10601

February 16, 2023

**BY EMAIL AND ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

     **RE:**   *United States v. Isabella Pollok,* **20-cr-110 (LJL)**

Dear Judge Liman:

    David Bertan and I write to request respectfully that Your Honor permit Brooke Cucinella, Esq., to read aloud at Isabella Pollok's sentencing the statement by Claudia Drury provided to Your Honor earlier this week and docketed at Dkt. # 622. As noted in the transmittal letter from her attorneys, Ms. Drury specifically requests that her statement be read aloud at Ms. Pollok's sentencing. Ms. Cucinella is Ms. Drury's former lawyer, and Ms. Cucinella described her relationship to Ms. Drury as a "friend" when she read to Your Honor Ms. Drury's statement at Lawrence Ray's sentencing. *See United States v. Lawrence Ray*, Sentencing Transcript, Jan. 20, 2023 at 9.

    The Crime Victims' Rights Act, 18 U.S.C. § 3771, sets forth the rights of a victim of a crime. Among those rights is the "right to be reasonably heard at any public proceeding in the district court involving … sentencing…." *Id.* at § 3771(a)(4). Among the provisions for enforcing the right to be heard is § 3771(d)(1) which states that "[t]he crime victim or the crime victim's lawful representative … may assert the rights described in section (a)."

    Thank you for your consideration.

                                        Respectfully submitted,

                                        Jill R. Shellow
                                        David K. Bertan

cc:    All parties (by ECF and email)
        Brooke Cucinella, Esq. (by email)

Admitted: NY, CT, DC