UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    :
UNITED STATES OF AMERICA
    :    CONSENT PRELIMINARY ORDER
    - v. -    OF FORFEITURE/
    :    MONEY JUDGMENT
ISABELLA POLLOK,
    :    S3 20 Cr. 110 (LJL)
    Defendant.
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about September 7, 2022, ISABELLA POLLOK (the "Defendant"), was charged in a Superseding Information, S3 20 Cr. 110 (LJL) (the "Information"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956 (a)(1)(B)(i) (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States;

WHEREAS, on or about August 22, 2022, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeiture to the United States;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $2,444,349 in United States currency representing, pursuant to Title 18, United States Code, Section 982(a)(1), the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with her co-defendant, Lawrence Ray, and the forfeiture money judgment entered against Lawrence Ray in this case on January 31, 2023; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Mollie Bracwell, Lindsey Keenan, and Danielle Sassoon of counsel, and the Defendant, and her counsel, David Bertan, Esq and Jill Shellow, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $2,444,349 in United States currency (the "Money Judgment"), representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with her co-defendant Lawrence Ray, and the forfeiture money judgment entered against Lawrence Ray in this case on January 31, 2023, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ISABELLA POLLOK, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. In the event Defendant makes a payment to the Government in the amount of $85,000 in United States currency, the Government shall deem the entire Money Judgment satisfied.

6. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

7. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2/17/2023
    Mollie Bracewell                          DATE
    Lindsey Keenan
    Danielle Sassoon
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2218/1565/1115


ISABELLA POLLOK

By: _____          2/22/2023
    Isabella Pollok                          DATE


By: _____          February 17, 2023
    David Bertan, Esq.                       DATE
    Jill Shellow, Esq.
    Attorneys for Defendant
    41 East 11th Street 11th Floor / 15 Chester Avenue
    New York, NY 10003 / White Plains, NY 10601


SO ORDERED:

_____              2/22/2023
HONORABLE LEWIS J. LIMAN                     DATE
UNITED STATES DISTRICT JUDGE