# DAVID K. BERTAN
**ATTORNEY AT LAW**
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

February 24, 2023

*Via ECF*

Hon. Lewis J. Liman, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    USA v. Isabella Pollok
                20-Cr-110 (LJL)

Dear Judge Liman:

      We represent Ms. Pollok in the above matter. At her sentencing this past Wednesday, February 22, 2023, the Court raised the issue of restitution and directed the parties to either come to an agreement or propose a schedule for resolving the amount of restitution. At this point, the parties are negotiating both the amount and term of possible restitution payments. Both sides respectfully request an additional 45 days in which to come to a resolution. Thank you for your consideration in this matter.

                                                  Very truly yours,

                                                  David K. Bertan
                                                  Jill R. Shellow

DKB
cc:    AUSA Mollie Bracewell (Via ECF)
        AUSA Danielle Sassoon (Via ECF)
        AUSA Lindsey Keenan (Via ECF)