U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2023

**BY ECF**

REQUEST GRANTED.
The Restitution hearing previously set for April 13, 2023 is rescheduled to April 20, 2023 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

4/12/2023   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   *United States v. Isabella Pollok*, 20 Cr. 110 (LJL)

Dear Judge Liman:

The parties jointly request a brief, one-week adjournment of the restitution hearing in the above captioned case presently scheduled for April 13, 2023. The parties are engaged in productive discussions regarding a proposed restitution order and would benefit from an additional week to arrive at a resolution to submit to the Court.

We are available to answer any questions that the Court has.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/_____
Mollie Bracewell
Lindsey Keenan
Danielle R. Sassoon
Assistant United States Attorneys
(212) 637-2218 / 1565 / 1115