

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2023

**BY ECF and EMAIL**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *United States* **v.** *Isabella Pollok*, **20 Cr. 110 (LJL)**

Dear Judge Liman:

In accordance with the Court's May 12, 2023, Order, the parties jointly submit the attached proposed order of restitution. The joint proposed order has been executed by the Government and defense counsel. Defense counsel will obtain the defendant's signature and provide the Court a fully executed copy for entry on the docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/_____
      Mollie Bracewell
      Lindsey Keenan
      Danielle Sassoon
      Assistant United States Attorneys
      212-637-2218 / 1565 / 1115

Cc:   Defense Counsel (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA                          **Proposed**
                                                  **Order of Restitution**

                    v.

ISABELLA POLLOK,                                  Docket No. S3 20 Cr. 110 (LJL)
_____

      Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Mollie Bracewell, Lindsey Keenan, and Danielle Sassoon, Assistant United States Attorneys, of counsel; the presentence report; the defendant's convictions on Count One of the S3 Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

      **1.**    <u>**Amount of Restitution**</u>

      The defendant, ISABELLA POLLOK, shall pay restitution in the total amount of **$1,941,412.78**, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664(f)(1), to the victims of the offense charged in Count One.  The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A.  Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

      **A.**    **Joint and Several Liability**

      Restitution is joint and several with the following defendant in the following case: **Lawrence Ray, 20 Cr. 110**. The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

2020.01.09

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP).  Pursuant to the IFRP, the BOP may establish a payment plan by evaluating the Defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends, send mail, and buy necessary commissary items. That subtracted amount to be used to maintain contact with family and friends, send mail, and buy necessary commissary items shall not be determined to be less than $50 per month. In other words, installment payments should permit at least $50 to be used to maintain contact with family and friends, send mail, and buy necessary commissary items each month. The remaining balance may be used to determine a repayment schedule.  BOP staff shall help the Defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation. Any unpaid amount remaining upon release from prison will be paid in installments of not less than $100 or at least 10% percent of the defendant's gross income, whichever is greater, on the 1st day of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3.      **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

4.      **Priority of Payment**

The Court previously entered a Consent Preliminary Order of Forfeiture/Money Judgment (Dkt. 269) that requires the Defendant to pay $85,000.00, and the parties executed a Payment Plan Agreement for the Defendant to make minimum payments of 10% of her gross income to the United States Marshals Service beginning upon her release from incarceration toward the forfeiture debt. To afford the victims of the defendant's offense of conviction their right to full and timely restitution as provided in law as required by 18 U.S.C. § 3771(a)(6), as long as the defendant lacks the ability to pay her forfeiture and restitution obligations simultaneously, the parties agree that the defendant's restitution payments to victims have priority over payments toward forfeiture.

5.      **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

by 18 U.S.C. § 3611.  The defendant shall write her name and the docket number of this case on each check or money order.

6.   **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

7.   **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.


AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          May 18, 2023
Mollie Bracewell                             DATE
Lindsey Keenan
Danielle Sassoon


ISABELLA POLLOK

By: _____          _____
Isabella Pollok                              DATE

By: _____          May 18, 2023
                                         _____
Jill Shellow                             DATE
Dave Bertan




SO ORDERED:

_____          _____
HONORABLE LEWIS J. LIMAN                    DATE
UNITED STATES DISTRICT JUDGE




5