

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2023

**BY ECF**
The Honorable Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Lawrence Ray*, 20 Cr. 110 (LJL)

Dear Judge Liman:

      Please be advised that I will be leaving the United States Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

      Thank you for the Court's consideration.

      Sincerely,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Lindsey Keenan
      Assistant United States Attorney
      Southern District of New York
      (212) 637-1565

cc: Counsel of Record (by ECF)