UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                    :
USA,                                                :
                                                    :
              -v-                                   :          20-CR-110-2 (LJL)
                                                    :
ISABELLA POLLOK,                                    :
                                                    :          ORDER
                         Defendant.                 :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     A restitution hearing was held in this matter on May 12, 2023, during which the Court heard argument from both parties regarding the proposed payment plan and proposed order of restitution. Dkt. No. 654.  The Court ordered that the defendant pay restitution in the amount of $1,941,412.78. The parties submitted a joint proposed order of restitution on May 19, 2024, which was executed by the Government and defense counsel, but not signed by the defendant.  Dkt. No. 658. As of today, a fully executed restitution order has not been submitted to the Court.  The parties are directed to meet and confer and advise the Court, no later than May 10, 2024, as to how to proceed with restitution in this matter.

     SO ORDERED.

Dated: May 8, 2024
      New York, New York                  _____
                                     LEWIS J. LIMAN
                            United States District Judge