# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

May 9, 2024

**BY EMAIL AND ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

**REQUEST GRANTED.**

5/10/2024  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

RE:  *United States v. Isabella Pollok,* **20-cr-110 (LJL)**

Dear Judge Liman:

    I am writing in response to Your Honor's May 8, 2024 Order inquiring about the Restitution Order. David K. Bertan, Esq., and I have a specific recollection that Ms. Pollok signed the Restitution Order, but neither of us has a copy with her signature. I propose the following: if the prison will permit me to fax the Order to Ms. Pollok, and permit her to return it to me by fax, which would be the easiest way to proceed. Meanwhile, I will mail two copies of the Order to Ms. Pollok for her signature. I will ask Ms. Pollok to return one copy to me by mail and to retain the other copy in the event that the return letter is lost. In my experience, the BOP often delays – and regularly misplaces – incoming and outgoing legal mail. Accordingly, I respectfully request that Your Honor allow three weeks, until May 30, 2024, for me to file the Order with Ms. Pollok's signature with the Court. The Government consents to this proposal.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow
David K. Bertan

cc:   All parties (by ECF and email)

Admitted:  NY, CT, DC